# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2211

_____

Hillmar I. Bittner,                 *
                                   *
         Appellant,        *
                                   *    Appeal from the United States
      v.                            *    District Court for the
                                   *    District of Minnesota.
Philip T. Kanning,         *
                                   *       [UNPUBLISHED]
         Appellee.         *

_____

Submitted: September 1, 1999
Filed: September 3, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Hillmar I. Bittner appeals from the district court's[1] dismissal of his complaint on the basis of absolute judicial immunity. After de novo review, we find the district court dismissal, following its review of all the files and records before it, was proper. Accordingly, we affirm. See 8th Cir. Rule 47B.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.